**Signed and Filed: June 15, 2007**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 04-32952 TEC 11 |
| FLETCHER HARTWELL HYLER, aka BUD H. HYLER, | Chapter 11 |
| Debtor. | |
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, | Adv. Proc. No. 06-3164 TC |
| Plaintiffs, | |
| vs. | |
| INVESTMENT GRADE LOANS, INC., et al., | |
| Defendants. | |

**ORDER TRANSFERRING ACTION TO DISTRICT COURT AND DIRECTING SUBSTITUTION OF PARTIES PLAINTIFF**

The above-entitled action is one that could have been filed in federal court under either federal question or bankruptcy jurisdiction. It was filed in the bankruptcy court. Because trustee was the plaintiff, and the action could have an effect on

-1-

1 the bankruptcy estate, the action came within the jurisdictional
2 grant of 28 U.S.C. 1334(b).  <u>Fietz v. Great Western Savings (In re</u>
3 <u>Fietz)</u>, 852 F.2d 455, 457 (9th Cir. 1988).  Pursuant to a
4 settlement, however, the trustee has sold to the Debtor all claims
5 involved in the action.  As a result, the action can no longer have
6 any effect on the bankruptcy estate, and the bankruptcy court no
7 longer has subject-matter jurisdiction under section 1334(b).
8 Because the action arises under the Federal Truth in Lending Act,
9 the District Court could exercise federal question jurisdiction.
10      While it might ordinarily be appropriate to require Debtor to
11 file a new complaint in the District Court, the interests of
12 justice suggest that the action simply be transferred to the
13 District Court for assignment to a District Judge.  The same
14 settlement that resulted in the transfer of claims from trustee to
15 the Debtor, also resulted in relief from stay.  This court expects
16 that Defendant will move promptly to foreclose on the affected real
17 property, and that Debtor will file a request for injunctive relief
18 in the next few days.  Defendant was at the hearing at which this
19 court approved the transfer of the claims from trustee to Debtor.
20 Pursuant to the settlement agreement, Debtor Fletcher Hartwell
21 Hyler and his wife Sheryl Root Hyler are to be substituted as
22 Plaintiffs.
23      Therefore, the court orders that:
24      (1) Fletcher Hartwell Hyler and Sheryl Root Hyler are
25 substituted as parties Plaintiff in place of Andrea Wirum, trustee.
26      (2) The action is transferred to the District Court for the
27 Northern District of California for assignment to a District Judge.
28                         **END OF ORDER**

Court Service List

Daniel M. Linchey, Esq.
Goldberg, Stinnett, Meyers and Davis
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

Michael E. Stone, Esq.
Law Offices of Michael E. Stone
3425 S Bascom Ave. #I
Campbell, CA 95008