**JENKINS MULLIGAN & GABRIEL L.L.P.**
DANIEL J. MULLIGAN, ESQ. [SBN: 103129]
dan@jmglawoffices.com
LARRY W. GABRIEL, ESQ. [SBN: 68329]
lgabriel@jmglawoffices.com
660 Market Street, Third Floor
San Francisco CA 94104
Tel: (415) 982-8500
Fax: (415) 982-4518

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, | **Case No.: 07-cv-03180 WHA** |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| INVESTMENT GRADE LOANS, INC., et.al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that plaintiff Fletcher Hartwell Hyler hereby substitutes the firm of Jenkins Mulligan & Gabriel, LLP as his counsel of record.

This substitution is agreed to by Jenkins Mulligan & Gabriel, LLP.

/s/ Daniel J. Mulligan

1    This substitution is agreed to by Davis Wright Tremaine LLP.

2

3                                         /s/ Harvey S. Schochet

4

5    This substitution is consented to by plaintiff Fletcher Hartwell Hyler.

6

7                                         /s/ Fletcher Hartwell Hyler