**JENKINS MULLIGAN & GABRIEL L.L.P.**
Daniel J. Mulligan [SBN: 103129]
dan@jmglawoffices.com
Larry W. Gabriel [SBN: 68329]
lgabriel@jmglawoffices.com
Thomas A. Jenkins [SBN: 92213]
tom@jmglawoffices.com
660 Market Street, Third Floor
San Francisco CA 94104
Tel: (415) 982-8500
Fax: (415) 982-8515

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, <br><br>  Plaintiffs, <br><br> vs. <br><br> INVESTMENT GRADE LOANS, INC., et.al., <br><br>  Defendants. | Case No.: 07-CV-03180 WHA <br><br> **ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon considering the Declaration of Fletcher Hartwell Hyler, the Declaration of Daniel J. Mulligan and the Memorandum of Points and Authorities submitted by plaintiffs herein, and it appearing to the satisfaction of the Court that this is a proper case for issuance of an order to show cause and temporary restraining order, and that, unless the temporary restraining order prayed for be granted, immediate and irreparable loss, damage or injury will result to plaintiffs before the matter can be heard on notice,

IT IS HEREBY ORDERED that the above-named defendants, and each of them, appear in Courtroom 9 of this Court, located at 450 Golden Gate Avenue, San Francisco, California, on _____ at _____, or as soon thereafter as the matter may be heard, then and there to show cause, if any they have, why they, and each of them, and their agents, employees, successors, attorneys and all persons in active concert and participation with

them, should not be enjoined and restrained during the pendency of this action from engaging in, committing or performing, directly or indirectly, selling or attempting to sell or causing to be sold the real property at 5070 Alpine Road, Portola Valley, California, either under a power of sale contained in a deed of trust or by a judicial foreclosure action.

      IT IS FURTHER ORDERED that, pending the hearing and determination of the order to show cause, the above-named defendants, and each of them, and their agents, employees, successors, attorneys and all persons in active concert and participation with them, shall be, and they hereby are, enjoined and restrained during the pendency of this action from engaging in, committing or performing, directly or indirectly, selling or attempting to sell or causing to be sold the real property at 5070 Alpine Road, Portola Valley, California, either under a power of sale contained in a deed of trust or by a judicial foreclosure action.

Date: _____.

                                                                        _____
                                                                   HON. MARYLIN HALL PATEL
                                              Judge of the United States District Court
                                                         (General Duty Judge)