1  **JENKINS MULLIGAN & GABRIEL L.L.P.**
   Daniel J. Mulligan [SBN: 103129]
2  dan@jmglawoffices.com
   Larry W. Gabriel [SBN: 68329]
3  lgabriel@jmglawoffices.com
   Thomas A. Jenkins [SBN: 92213]
4  tom@jmglawoffices.com
   660 Market Street, Third Floor
5  San Francisco CA 94104
   Tel: (415) 982-8500
6  Fax: (415) 982-4518

7  Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | FLETCHER HARTWELL HYLER and      | Case No.: 07-CV-03180 WHA
   | SHERYL ROOT HYLER,               |
12 |                                  |
   |            Plaintiffs,           | **STIPULATION ALLOWING
13 |                                  | REFINANCING AND ESCROWING
   |      vs.                         | OF FUNDS**
14 |                                  |
   | INVESTMENT GRADE LOANS, INC.,    | ~~(PROPOSED)~~ ORDER
15 | et.al.,                          |
16 |            Defendants.           |

17

18       This stipulation is made between plaintiffs Fletcher Hartwell Hyler and Sheryl Root Hyler

19 (hereafter "Plaintiffs") and defendants Investment Grade Loans, Inc.; Lincoln Trust Company,

20 Custodian FBO Doug Pickering, IRA; Chern S. Lin and Felicia Lin, husband and wife as

21 community property; Janice Tempey and Roy S. Wolf, husband and wife as community property;

22 Thomas C. O'Connell, Jr. and Janice K. O'Grady, husband and wife as community property; Pensco

23 Trust Company, Custodian FBO John A. Snyder IRA; Pensco Trust Company, Custodian FBO Phil

24 Ahlfeldt, IRA; and John Stevens, an unmarried man (hereinafter collectively referred to as "IGL").

25       WHEREAS, this matter was transferred to this Court from the United States Bankruptcy

26 Court for the Northern District of California, San Francisco Division, by order of the bankruptcy

27 court by order dated June 15, 2007; and

28

WHEREAS, Plaintiffs assert claims under the federal Truth-in-Lending Act, all of which IGL disputes; and

WHEREAS, IGL has noticed a trustee sale of the real property which is the security for the loan which is the subject of this litigation for July 18, 2007; and

WHEREAS, Plaintiffs have arranged refinancing sufficient to pay off IGL's current demand in full; and

WHEREAS, the parties wish to preserve their existing rights in this litigation while allowing for refinancing of the mortgage loans secured by the real property which is the subject of this litigation; now, therefore:

IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES that:

1. Plaintiffs may proceed with their refinancing of the mortgage loans secured by the real property (the "refinancing") which is the subject of this litigation, as well as other loans secured by the subject property.

2. From the funding of the refinancing the parties shall instruct Escrow to pay to IGL the sum of One Million, Two Hundred and Thirty-Two Thousand and Five Hundred Dollars ($1,232,500).

3. The balance of the proceeds from the refinancing of the amount stated in IGL's payoff demand (the balance being $655,564.09) shall remain in the Escrow account or, if the Escrow is not willing to hold the funds, the Parties shall direct the Escrow holder to place the funds into an interest-bearing account of the parties choice, subject to the instructions of all parties or the further order of the Court.

4. Defendants shall cause a full reconveyance of the deed of trust securing the loan to be recorded.

By this Stipulation, the parties expressly make no admission of any kind with respect to the merits of this lawsuit and preserve all rights and claims as between the parties as presented in this action.

Dated: July 12, 2007                                    JENKINS MULLIGAN & GABRIEL LLP

                                                        By:   /s/ Daniel J. Mulligan
                                                              DANIEL J. MULLIGAN
                                                              Attorneys for Plaintiffs
                                                              FLETCHER HARTWELL HYLER and
                                                              SHERYL ROOT HYLER

Dated: July 12, 2007                                    LAW OFFICE OF MICHAEL E. STONE

                                                        By:   /s/ Michael E. Stone
                                                              MICHAEL E. STONE
                                                              Attorneys for Defendants

## ORDER

Pursuant To Stipulation, IT IS SO ORDERED.

Dated: July 17, 2007
                                                        _____
                                                        Hon. William Alsup
                                                        Judge, U.S. District Court