1  **JENKINS MULLIGAN & GABRIEL L.L.P.**
   Daniel J. Mulligan [SBN: 103129]
2  dan@jmglawoffices.com
   Larry W. Gabriel [SBN: 68329]
3  lgabriel@jmglawoffices.com
   Thomas A. Jenkins [SBN: 92213]
4  tom@jmglawoffices.com
   660 Market Street, Third Floor
5  San Francisco CA 94104
   Tel: (415) 982-8500
6  Fax: (415) 982-8515

7  Attorneys for Plaintiffs

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12  FLETCHER HARTWELL HYLER and         Case No.: 07-CV-03180 WHA
    SHERYL ROOT HYLER,
13
                    Plaintiffs,
14
         vs.                            **ORDER TO SHOW CAUSE RE
15                                      PRELIMINARY INJUNCTION AND**
    INVESTMENT GRADE LOANS, INC.,       **TEMPORARY RESTRAINING ORDER**
16  et.al.,

17                  Defendants.

18

19       Upon considering the Declaration of Fletcher Hartwell Hyler, the Declaration of

20  Daniel J. Mulligan and the Memorandum of Points and Authorities submitted by plaintiffs

21  herein, and it appearing to the satisfaction of the Court that this is a proper case for issuance

22  of an order to show cause and temporary restraining order, and that, unless the temporary

23  restraining order prayed for be granted, immediate and irreparable loss, damage or injury

24  will result to plaintiffs before the matter can be heard on notice,

25       IT IS HEREBY ORDERED that the above-named defendants, and each of them,

26  appear in Courtroom 9 of this Court, located at 450 Golden Gate Avenue, San Francisco,

27  California, on  August 1  at  2:00 p.m. , or as soon thereafter as the matter may be heard, then and

28  there to show cause, if any they have, why they, and each of them, and their agents,
    employees, successors, attorneys and all persons in active concert and participation with

ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER
1

1  them, should not be enjoined and restrained during the pendency of this action from
2  engaging in, committing or performing, directly or indirectly, selling or attempting to sell or
3  causing to be sold the real property at 5070 Alpine Road, Portola Valley, California, either
4  under a power of sale contained in a deed of trust or by a judicial foreclosure action.

5      IT IS FURTHER ORDERED that, pending the hearing and determination of the order
6  to show cause, the above-named defendants, and each of them, and their agents, employees,
7  successors, attorneys and all persons in active concert and participation with them, shall be,
8  and they hereby are, enjoined and restrained during the pendency of this action from
9  engaging in, committing or performing, directly or indirectly, selling or attempting to sell or
10 causing to be sold the real property at 5070 Alpine Road, Portola Valley, California, either
11 under a power of sale contained in a deed of trust or by a judicial foreclosure action.

12 Date: _July 17, 2007__ .

15        ~~HON. MARYLIN HALL PATEL~~
          Judge of the United States District Court
16              (General Duty Judge)
17        Hon. William Alsup

[Stamp: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER
2