IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER,<br><br>    Plaintiffs,<br><br>  v.<br><br>INVESTMENT GRADE LOANS, INC. et al.,<br><br>    Defendants. | No. C 07-03180 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR ORDER TO SHOW CAUSE HEARING** |

A temporary restraining order and an order to show cause have issued in this matter. Defendants should file any opposition to the restraining order no later than **JULY 24, 2007, AT NOON**. Plaintiffs should file any reply brief no later than **JULY 26, 2007, AT NOON**. The hearing on this matter will be held on **WEDNESDAY, AUGUST 1, 2007, AT 2:00 P.M.** as stated in the order to show cause.

**IT IS SO ORDERED.**

Dated: July 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE