# EXHIBIT "A"

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

To: Mike Stone, Esq.
Pages: 18

This is the latest TSG for Hyler. The effective date is June 29, 2007

## PART I

**SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE LIM PROVISIONS OF THE CONDITIONS AND STIPULATIONS HERET OF THIS GUARANTEE.**

**North American Title Insurance Com**
a corporation, herein called the Comp

## GUARANTEES

As shown in item 1 of Schedule A, herein called the Assured, agai amount stated therein which the Assured shall sustain by reason of which the Company hereby gives that, according to the public records,

1. The title to the herein described estate or interest was vested in the vestee named, subject to the matters shown as Exceptions herein, which Exceptions are not necessarily shown in the order of their priority;

2. The names and addresses of persons who have recorded requests, as provided by Section 2924b(a) and (d) of the Civil Code, for a copy of notice of default and for a copy of notice of sale are as shown herein;

3. The names and addresses of additional persons who, as provided by Section 2924b(c)(1) and (2) of the Civil Code, are entitled to receive a copy of notice of default and a copy of notice of sale are as shown herein;

4. The names and addresses of State Taxing Agencies which, as provided by Section 2924b(c)(3) of the Civil Code, are entitled to receive a copy of notice of sale, are as shown herein; and

5. The addresses of the Internal Revenue Service which, as provided by Section 2924b(c)(4) of the Civil Code, are entitled to receive a copy of notice of sale, are as shown herein;

6. The herein described land is located in the city or judicial district stated herein and, if designated, the newspaper or newspapers listed herein qualify for publication of notice pursuant to Section 2924f of the Civil Code.

North American Title Company, Inc.

[signature]

By: ______________________
Authorized Signature

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

## SCHEDULE A

| | | | |
|---|---|---|---|
| **Guarantee No.:** | H-180278 | **Premium:** | $462.00 |
| **Order No.:** | 56701-95900752-PRE | **Liability:** | $100,000.00 |
| **Reference No.:** | 07-192 | | |
| **Effective Date:** | June 29, 2006 at 03:04 pm | | |

1. **Name of Assured:**

   The Andrew Alan Lewis Revocable Trust dated January 5, 1984, as beneficiary and The Foreclosure Company, Inc., as trustee

2. **The estate or interest in the land hereinafter described or referred to covered by this Guarantee is:**

   A fee

3. **Title to said estate or interest in the land is vested in:**

   **Fletcher H. Hyler and Sheryl S. Root-Hyler, husband and wife as Community Property**

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

4. **The land referred to in this Guarantee is situated in the State of California, County of San Mateo, Town of Portola Valley, and is described as follows:**

PARCEL I:

PORTION OF PARCEL "B", AS SHOWN ON THAT CERTAIN PARCEL MAP FILED AUGUST 2, 1971, IN VOLUME 13 OF PARCEL MAPS, AT PAGE 19, SAN MATEO COUNTY RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST WESTERLY CORNER OF THE AFOREMENTIONED PARCEL B; THENCE FROM SAID POINT OF BEGINNING, ALONG THE NORTHERLY LINE OF PARCEL "B", NORTH 32° 40" EAST, 169.18 FEET; NORTH 63° 28' 20" EAST, 422.00 FEET; AND NORTH 83° 40' 15" EAST, 98.68 FEET TO THE MOST WESTERLY CORNER OF PARCEL "C", AS SHOWN UPON SAID PARCEL MAP; THENCE ALONG THE WESTERLY LINE OF PARCEL "C", SOUTH 23° 50' 10" EAST, 209.71 FEET; THENCE LEAVING SAID LINE OF PARCEL "C", SOUTH 16° 16' 56" EAST, 323.30 FEET AND SOUTH 48° 04' 42" EAST, 337.97 FEET TO AN ANGLE POINT IN THE GENERALLY SOUTHERLY LINE OF THE AFOREMENTIONED PARCEL "B"; THENCE ALONG SAID GENERALLY SOUTHERLY LINE, SOUTH 73° 50' 55" WEST, 211.36 FEET; SOUTH 50° 33' 15" WEST, 249.89 FEET; NORTH 5° 25' 25" WEST, 270.58 FEET AND NORTH 59° 42' 03" WEST, 662.77 FEET TO THE POINT OF BEGINNING; AND BEING A PORTION OF PARCEL "A; OF MAP ENTITLED, "RESUBDIVISION OF PARCELS B & C OF PARCEL MAP RECORDED IN VOLUME 13 OF PARCEL MAPS, AT PAGE 19, WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON DECEMBER 10, 1974, IN BOOK 26 OF PARCEL MAPS, PAGE 46.

PARCEL II:

ALL THOSE CERTAIN RIGHTS AND EASEMENTS AS SET FORTH IN THE FOLLOWING DEEDS:

(A) DEED FROM CORTE MADERA, A LIMITED PARTNERSHIP, TO THE HEIRS OR DEVISEES OF JOHN FRANCIS NAYLAN, DECEASED, RECORDED APRIL 9, 1968, IN BOOK 5486 OF OFFICIAL RECORDS, AT PAGE 529 (33374-AB), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

(B) DEED FROM RANCHO CORTE MADERA, A LIMITED PARTNERSHIP, TO EDGAR B. FILION, ET UX, RECORDED SEPTEMBER 14, 1971, IN BOOK 6013 OF OFFICIAL RECORDS, AT PAGE 124 (FILE NO. 45427-AE), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

(C) DEED FROM EDGAR B. FILION, ET UX, TO ROBERT GARY OWSLEY, RECORDED DECEMBER 9, 1974, IN BOOK 6748 OF OFFICIAL RECORDS, AT PAGE 545 (FILE NO. 6457-AI), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

APN: 076-360-220

**NOTE: FROM INFORMATION OBTAINED FROM THE ASSESSOR'S TAX ROLLS, FOR WHICH THIS COMPANY MAKES NO REPRESENTATION OR WARRANTY, THE STREET ADDRESS(ES) OR OTHER COMMON DESIGNATION OF THE ABOVE DESCRIBED**

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

**PROPERTY IS:**

5070 Alpine Road
Portola Valley, CA

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

## SCHEDULE B

**Exceptions:**

1. General and Special Property Taxes, and any assessments collected with taxes, including utility assessments, are a lien not yet payable to be levied for the fiscal year 2007 - 2008.

2. General and Special Property Taxes, and any assessments collected with taxes, including utility assessments, for the fiscal year 2006 - 2007.

| | |
|---|---|
| First Installment: | $24,886.59 Delinquent |
| Penalty: | $2,488.65 |
| Second Installment: | $24,886.59 Delinquent |
| Penalty: | $2,488.65 |
| Cost: | $10.00 |
| Land: | $2,718,833.00 |
| Improvements: | $1,869,915.00 |
| Exemption: | $7,000.00 |
| Code Area: | 19-002 |
| Parcel Number: | 076-350-220 |

3. Said property has been declared Tax-Defaulted for Non-Payment of Delinquent Taxes for the fiscal year(s) 2004-2006.

| | | |
|---|---|---|
| Amount to Redeem Prior to: | June 30, 2007 | $97,122.66 |
| Parcel Number: | 076-350-220 | |

4. The Lien of Supplemental Taxes, if any, assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the Revenue and Taxation Code of the State of California.

5. EASEMENT FOR ROAD PURPOSES OVER SO MUCH OF THE HEREIN DESCRIBED PROPERTY AS MAY LIE WITHIN THE BOUNDARIES OF ANY PUBLIC OR PRIVATE ROAD OR HIGHWAY.

6. EASEMENT FOR RIDGE ROAD, AS CONTAINED IN DEED FROM CHRISTINE F. RENGSTORFF TO HEREBERT EDWARD LAW, DATED MARCH 23, 1915 AND RECORDED MARCH 30, 1915 IN BOOK 245 OF DEEDS 274, RECORDS OF SAN MATEO COUNTY.

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

7. An easement affecting the portion of said land and for the purpose stated herein, and incidental purposes.

| | |
|---|---|
| In Favor of: | Pacific Gas and Electric Company |

No representation is made as to the present ownership of said easement.

| | |
|---|---|
| Purpose: | A single line of poles, etc. over a route to be selected by grantee |
| Recorded: | August 23, 1916 |
| Book: | 256 of deeds |
| Page: | 40 |
| Affects: | The location of said easement is not disclosed of record. |

8. An easement affecting the portion of said land and for the purpose stated herein, and incidental purposes.

| | |
|---|---|
| In Favor of: | Pacific Gas and Electric Company, a corporation |

No representation is made as to the present ownership of said easement.

| | |
|---|---|
| Purpose: | A single line of poles and wires not to exceed 4 poles; route to be selected by grantee |
| Recorded: | August 23, 1916 |
| Book: | 256 |
| Page: | 41 |
| Affects: | The location of said easement is not disclosed of record. |

9. The Terms and Provisions contained in a Covenant and Agreement:

| | |
|---|---|
| Executed By: | Lauriston Investment Company |
| In Favor of: | Catoctin Company, a corporation |
| Recorded: | September 19, 1930 |
| Instrument No.: | 68728-B |
| Book: | 496 |
| Page: | 200 |

Which, among other things, provides for:

Water rights and right of way for pipelines

The Location of which is not disclosed of record

CLTA Guarantee

## TRUSTEE'S SALE GUARANTEE

10. Covenants, Conditions and Restrictions (but deleting therefrom any covenant, condition or restriction indicating preference, limitation, or discrimination, based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions, or restrictions violate 42 U.S.C. 3604 (c)) as set forth in the document:

| | |
|---|---|
| Recorded: | April 9, 1968 |
| Instrument No.: | 33374-AB |
| Book: | 5456 |
| Page: | 529 |

11. The Terms and Provisions contained in a Covenant and Agreement:

| | |
|---|---|
| Executed By: | Town of Portola Valley, a municipal corporation of the County of San Mateo, State of California |
| In Favor of: | Rancho Corte Madera, a California Limited Partnership (S.B. Bogart, General Partner) |
| Recorded: | July 29, 1971 |
| Instrument No.: | 31368-AE |
| Book: | 5988 |
| Page: | 1 |

Which, among other things, provides for:

Agreement for Improvements

12.

| | |
|---|---|
| Entitled: | Reservations and Condtions as Contained in Deed: |
| Executed By: | Edgar B. Filion and Maxine L. Filion, his wife, as joint tenants |
| Recorded: | September 14, 1971 |
| Instrument No.: | 46427-AE |
| Book: | 6013 |
| Page: | 124 |

13. An easement affecting the portion of said land and for the purpose stated herein, and incidental purposes.

| | |
|---|---|
| In Favor of: | Town of Portola Valley, a municipal corporation |

No representation is made as to the present ownership of said easement.

| | |
|---|---|
| Purpose: | Ingress and Egress for Public Emergency Vehicles |
| Recorded: | May 30, 1973 |
| Instrument No.: | 38974-AG |
| Book: | 6398 |
| Page: | 542 |
| Affects: | The existing paved road. |

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

14. The Terms and Provisions contained in a Covenant and Agreement:

| | |
|---|---|
| Executed By: | Town of Portola Valley, a municipal corporation |
| In Favor of: | Toshiaki Ogasawara, Machiko Ogasawara, his wife, Edgar B. Filion, Maxine L. Filion, his wife and Sewall B. Bogatt, Barbara E. Bogart, his wife |
| Recorded: | April 6, 1973 |
| Instrument No.: | 38974-AG |
| Book: | 6398 |
| Page: | 548 |

Which, among other things, provides for:

Agreement for Improvements

15. Easement and Conditions and Covenants and Restrictions as contained in Agreement

| | |
|---|---|
| Executed By: | Edgar B. Filion and Maxine L. Filion, his wife, as joint tenants and Town of Portola Valley, a municipal corporation |
| Recorded: | April 6, 1973 |
| Instrument No.: | 36977-AG |
| Book: | 6398 |
| Page: | 571 |

16. An easement affecting the portion of said land and for the purpose stated herein, and incidental purposes.

| | |
|---|---|
| In Favor of: | Thomas Okarma, et ux |

No representation is made as to the present ownership of said easement.

| | |
|---|---|
| Purpose: | Road purposes |
| Recorded: | April 28, 1995 |
| Instrument No.: | 95043538 |
| Affects: | The existing driveway which serves 5020, 5030, 5050 and 5070 Alpine Road, a portion of which traverses the southern portion of the Goudy Property |

17. The Terms and Provisions contained in a Covenant and Agreement:

| | |
|---|---|
| Executed By: | Thomas Okarma and Mary Elizabeth Okarma, Citibank F.S.B., and George A. Goudy and Alyson R. Goudy |
| Recorded: | May 5, 1995 |
| Instrument No.: | 95053467 |

Which, among other things, provides for:

For the sharing of the rights to the Water Supply

CLTA Guarantee

## TRUSTEE'S SALE GUARANTEE

18. The Terms and Provisions contained in an Agreement:

| | |
|---|---|
| Entitled: | Road & Utility Easement Agreement |
| Executed By: | Norio Sugano, Trustee of the Norio Sugano 1996 Trust, dated October 10, 1996, Dale R. Pfau and Cathryn S. Gawne, husband and wife as joint tenants, Thomas B. Okarma and Mary E. Okarma, husband and wife as joint tenants, Alyson R. Goudy, Trustee under Trust Agreement, U/T/A dated October 3, 1988, Donald Kirk Mc Kinney and Rebecca Mc Daniel Mc Kinney, Trustees of the Mc Kinney Family Trust, U/D/T dated June 2, 1986, The Peninsula Open Space Trust, a California Non-Profit Public Benefit Corporation (Post), and the Midpeninsula Regional Open Space District, a California Government Agency (MROSD) |
| Recorded: | September 29, 1998 |
| Instrument No.: | 98-157665 |

19. The Terms and Provisions contained in an Agreement:

| | |
|---|---|
| Entitled: | Water Agreement |
| Executed By: | Peninsula Open Space Trust, a California Non-Profit Public Corporation (Post), The Midpeninsula Regional Open Space District, a California Governmental Agency (MROSD), and Norio Sugano, Trustee of the Norio Sugano 1996 Trust, dated October 10, 1996, Dale R. Pfau and Cathryn S. Gawne, husband and wife as joint tenants, Thomas G. Okarma and Mary E. Okarma, husband and wife as joint tenants, Alyson R. Goudy, Trustee under Trust Agreement, U/T/A dated October 3, 1988, Donald Kirk Mc kinney and Rebecca Mc Daniel Mc Kinney, Trustees of the Mc Kinney Family Trust, U/D/T dated June 2, 1996 |
| Recorded: | September 29, 1998 |
| Instrument No.: | 98-157668 |

20. An Abstract of Judgment in the amount shown below and any other amounts due.

| | |
|---|---|
| Entered: | August 31, 1999 |
| Amount: | $7,299.56 |
| Debtor: | Logical Marketing, Inc., dba Logical Marketing; Fletcher H. Hyler aka F.H. Hyler |
| Creditor: | Creditors Adjustment Bureau, Inc., a California corporation |
| County: | San Mateo |
| Court: | Municipal |
| Case No.: | C170356 |
| Recorded: | November 5, 1999 |
| Instrument No.: | 1999-185189 |

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

Although no reconveyance or release of this item appears of record, we have reason to believe it has been paid and we have requested an indemnity from the appropriate entity. Upon receipt, we will supplement our report.

21. A Deed of Trust to secure an indebtedness in the amount shown below and any other obligations secured thereby.

Amount: $4,205,700.00
Dated: July 25, 2001
Trustor: Fletcher H. Hyler and Sheryl S. Root-Hyler, husband and wife
Trustee: Judith A. Schmersahl
Beneficiary: First Bank & Trust, a California corporation
Recorded: August 6, 2001
Instrument No.: 2001-119960
Loan No: 0000158165
Beneficiary Mailing Address: 135 North Meramec, Clayton, MO 63105

Request that copy of any Notice of Default and any Notice of Sale.

Recorded: March 3, 2004
Instrument No.: 2004-038333

Be Mailed To: Investment Grade Loans, Inc., 289 S. San Antonio Road #202, Los Altos, CA 94022

Request that copy of any Notice of Default and any Notice of Sale.

Recorded: March 30, 2004
Instrument No.: 2004-057290

Be Mailed To: Investment Grade Loans, Inc., 289 S. San Antonio Road #202, Los Altos, CA 94022

A notice of default under the terms of said deed of trust:

Executed By: S.B.S. Trust Deed Network, as agent for the beneficiary by Stewart Title of California, Inc., its agent
Recorded: June 25, 2004
Instrument No.: 2004-131612

The trustee under said deed of trust was substituted by a document.

The New Trustee is: S.B.S. Trust Deed Network, as trustee
Recorded: October 7, 2004
Instrument No.: 2004-200516

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

An assignment of the beneficial interest under said deed of trust names:

| | |
|---|---|
| As Assignee: | Mortgage Electronic Registration Systems, Inc., its Successors and/or Assigns |
| Recorded: | January 13, 2005 |
| Instrument No.: | 2005-006212 |
| Beneficiary Mailing Address: | PO Box 2026, Flint, MI 48501-2026 |

22. A Tax Lien for the amount shown and any other amounts due, in favor of the taxing agency shown below.

| | |
|---|---|
| Taxing Agency: | United States of America, Assessed by the District Director of Internal Revenue |
| Amount: | $236,964.00 |
| Certificate or Serial No.: | 940086604 |
| Taxpayer: | Fletcher H. Hyler |
| Recorded: | June 21, 2000 |
| Instrument No.: | 2000-075626 |

An agreement

| | |
|---|---|
| Recorded: | August 6, 2001 |
| Instrument No.: | 2001-119962 |

Which agreement subordinates the above matter

| | |
|---|---|
| To: | Deed of Trust |
| Which was Recorded: | August 6, 2001 |
| Instrument No.: | 2001-119960 |

23. A Tax Lien for the amount shown and any other amounts due, in favor of the taxing agency shown below.

| | |
|---|---|
| Taxing Agency: | United States of America, Assessed by the District Director of Internal Revenue |
| Amount: | $281,906.41 |
| Certificate or Serial No.: | 940345605 |
| Taxpayer: | Fletcher H. Hyler |
| Recorded: | February 7, 2003 |
| Instrument No.: | 2003-030399 |

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

24. A Tax Lien for the amount shown and any other amounts due, in favor of the taxing agency shown below.

| | |
|---|---|
| Taxing Agency: | State of California, Franchise Tax Commissioner |
| Amount: | $20,353.14 |
| Certificate or Serial No.: | 03274689626 |
| Taxpayer: | Fletcher Hyler aka Fletcher H. Hyler III |
| Recorded: | October 2, 2003 |
| Instrument No.: | 2003-286077 |

25. A Tax Lien for the amount shown and any other amounts due, in favor of the taxing agency shown below.

| | |
|---|---|
| Taxing Agency: | State of California, Franchise Tax Commissioner |
| Amount: | $20,353.14 |
| Certificate or Serial No.: | 03274301809 |
| Taxpayer: | Fletcher Hyler aka Fletcher H. Hyler III |
| Recorded: | October 17, 2003 |
| Instrument No.: | 2003-299692 |

26. A Deed of Trust to secure an indebtedness in the amount shown below and any other obligations secured thereby.

| | |
|---|---|
| Amount: | $1,232,500.00 |
| Dated: | February 19, 2004 |
| Trustor: | Fletcher H. Hyler and Sheryl S. Root-Hyler, husband and wife as Community Property |
| Trustee: | The Trustee Investment Grade Loans |
| Beneficiary: | Lincoln Trust Company, Custodian FBO Doug Pickering, IRA, as to an undivided 740/12325 interest; Chem S. Lin and Felicia Lin, husband and wife as community property, as to an undivided 3000/12325 interest; Janice Tempey and Roy S. Wolf, husband and wife as community property, as to an undivided 2600/12325 interest; Thomas C. O'Connell, Jr. and Janice K. O'Grady, husband and wife as community property, as to an undivided 1236/12325 interest; Pensco Trust Company, Custodian FBO John A. Snyder IRA, as to an undivided 750/12325 interest; Pensco Trust Company, Custodian FBO Phil Ahlfeldt, IRA, as to an undivided 3000/12325 interest; John Stevens, an unmarried man, as to an undivided 1000/12325 interest |
| Recorded: | March 3, 2004 |
| Instrument No.: | 2004-038332 |
| Loan No: | 0402022 |
| Beneficiary Mailing Address: | C/O Investment Grade Loans, Inc., 289 S. San Antonio Road #202, Los Altos, CA 94022 |

CLTA Guarantee

# TRUSTEE'S SALE GUARANTEE

A notice of default under the terms of said deed of trust:

| | |
|---|---|
| Executed By: | Investment Grade Loans, Inc., as Trustee |
| Recorded: | June 18, 2004 |
| Instrument No.: | 2004-126888 |

27. A Deed of Trust to secure an indebtedness in the amount shown below and any other obligations secured thereby.

| | |
|---|---|
| Amount: | $100,000.00 |
| Dated: | March 17, 2004 |
| Trustor: | Fletcher H. Hyler and Sheryl S. Root-Hyler, husband and wife as Community Property |
| Trustee: | The Trustee Investment Grade Loans |
| Beneficiary: | The Andrew Alan Lewis Revocable Trust dated January 5, 1984 |
| Recorded: | March 30, 2004 |
| Instrument No.: | 2004-057291 |
| Loan No: | 0403023 |
| Beneficiary Mailing Address: | C/O Investment Grade Loans, INc., 289 S. San Antonio Road #202, Los Altos, CA 94022 |

The trustee under said deed of trust was substituted by a document.

| | |
|---|---|
| The New Trustee is: | The Foreclosure Company, Inc., as trustee |
| Recorded: | June 26, 2007 |
| Instrument No.: | 2007-097199 |

A notice of default under the terms of said deed of trust:

| | |
|---|---|
| Executed By: | The Foreclosure Company, Inc., as trustee |
| Recorded: | June 29, 2007 |
| Instrument No.: | 2007-099718 |

28. An Abstract of Judgment in the amount shown below and any other amounts due.

| | |
|---|---|
| Entered: | May 4, 2004 |
| Amount: | $68,587.00 |
| Debtor: | Fletcher H. Hyler and Logical Marketing, Inc., jointly and severally |
| Creditor: | Russo & Hale LLP, a a California Limited Liability Partnership |
| County: | |
| Court: | Superior |
| Case No.: | CV 811499 |
| Recorded: | May 4, 2004 |
| Instrument No.: | 2004-088153 |