1  Michael E. Stone, State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Defendants
   Investment Grade Loans, Inc., et al.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 FLETCHER HARTWELL HYLER and
   SHERYL ROOT HYLER,                    CASE NO.: 07-CV-03180 WHA
12
            Plaintiffs,                  CERTIFICATE OF SERVICE
13
       vs.
14
   INVESTMENT GRADE LOANS, INC.,
15 et al.
            Defendants.
16                                       **Hearing Date: August 1, 2007**
                                         **Time:  2:00 p.m.**
17                                       **Courtroom: 9**
                                         **Judge: Hon. William H. Alsup**
18 _____/

19

20                    <u>CERTIFICATE OF SERVICE</u>

21     I, Tracy Duarte, declare that I am a citizen of the United States, that I have attained the

22 age of majority, and that I am not a party to this action.  My business address is 3425 South

23 Bascom Avenue, Suite I, Campbell, California 95008.  I am familiar with the firm's practice of

24 collection and processing of correspondence to be deposited for delivery via the U.S. Postal

25 Service as well as other methods used for delivery of correspondence.  On the below stated date,

26 in the manner indicated, I caused the within document(s) entitled:

27

28

1  Memorandum of Points and Authorities in Opposition to Request for Preliminary Injunction

2  Declaration of Michael E. Stone in Opposition to Request for Preliminary Injunction

3  to be served on the party(ies) or their (its) attorney(s) of record in this action via:

4  __X__    **(By Mail) and (By Email) I caused each envelope (with postage affixed**

5  **thereto) to be placed in the U.S. Mail at Campbell, California; and,**

6  addressed as follows:

8  Daniel Joseph Mulligan, Esq.
JENKINS MULLIGAN & GABRIEL LLP
9  660 Market St.
Third Floor
10  San Francisco, CA 94104
dan@jmglawoffices.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on July 24, 2007, executed at Campbell, California.

                                    /s/ Tracy Duarte
                                    TRACY DUARTE

2