| | |
|---|---|
| 1 | **JENKINS MULLIGAN & GABRIEL L.L.P.** |
|   | Daniel J. Mulligan [SBN: 103129] |
| 2 | dan@jmglawoffices.com |
|   | Larry W. Gabriel [SBN:  68329] |
| 3 | lgabriel@jmglawoffices.com |
|   | Thomas A. Jenkins [SBN: 92213] |
| 4 | tom@jmglawoffices.com |
|   | 660 Market Street, Third Floor |
| 5 | San Francisco CA 94104 |
|   | Tel: (415) 982-8500 |
| 6 | Fax: (415) 982-8515 |

7   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, | Case No.: 07-CV-03180 WHA |
| Plaintiffs, | **DECLARATION OF MITCHELL S. CHERNOCK IN SUPPORT OF PRELIMINARY INJUNCTION** |
| vs. | |
| INVESTMENT GRADE LOANS, INC., et.al., | Date: August 1, 2007<br>Time: 2:00 p.m.<br>Ctrm: 9 |
| Defendants. | Hon.  William H. Alsup |

I, Mitchell S. Chernock, have personal knowledge of the facts stated herein and could and would competently testify thereto if called to do so.

1. I am not a party to this lawsuit.

2. I am the President of Sky Valley Financial, Inc., a mortgage broker.

3. I was retained by Mr. Hyler approximately one year ago to arrange a refinancing of loans secured by his home.  I have continued in this effort since then.

4. For most of the last year, the property was in the bankruptcy estate.  During that period, no lender I approached was willing to consider a new loan until and unless the property was out of bankruptcy.

5. Since the property was removed from the bankruptcy, two independent appraisals have valued the property at $11 Million.

6. I currently have loan approvals sufficient to pay off IGL as well as all junior liens, although the lender has not yet issued documents for the loan.

Declared under penalty of perjury under the laws of the United States.

Executed this 25th day of July, 2007, in Benicia, California.

/s/ MITCHELL S. CHERNOCK

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/ Daniel J. Mulligan