IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLETCHER HARTWELL HYLER, and
SHERYL ROOT HYLER,

    Plaintiffs,

  v.

INVESTMENT GRADE LOANS, INC., et al.,

    Defendants.
                                  /

No. C 07-03180 WHA

**ORDER RESETTING HEARING**

      The hearing scheduled in this matter scheduled for Wednesday, August 1, 2007, at 2:00 p.m. is hereby **MOVED** to **WEDNESDAY, AUGUST 1, 2007, AT NOON**.

      **IT IS SO ORDERED.**

Dated: July 30, 2007.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE