**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>August 1, 2007</u>

Case No.  <u>C 07-03180 WHA</u>

Title: <u>FLETCHER HYLER</u> v. <u>INVESTMENT GRADE LOANS</u>

Plaintiff Attorneys: Daniel Mulligan

Defense Attorneys: Leo Siegel

Deputy Clerk:  <u>Dawn Toland</u>             Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)    <u>Order to Show Cause Hearing - HELD</u>

2)    <u>                                                                 </u>


Continued to  <u>**10/11/07 at 8:00 a.m.**</u> for Motion for Summary Judgment

Continued to  for Trial

**ORDERED AFTER HEARING:**

By noon on 8/15/07, plaintiff must post a bond or pay the client $885,000 in cash, otherwise the defendant can sell the house.

By 9/6/07, defendant shall file a motion for summary judgment; opposition/cross motion is due by 9/20/07; reply is due by 9/27/07.  Hearing on the motion set for 10/11/07.