**JENKINS MULLIGAN & GABRIEL L.L.P.**
Daniel J. Mulligan [SBN: 103129]
dan@jmglawoffices.com
Larry W. Gabriel [SBN: 68329]
lgabriel@jmglawoffices.com
Thomas A. Jenkins [SBN: 92213]
tom@jmglawoffices.com
660 Market Street, Third Floor
San Francisco CA 94104
Tel: (415) 982-8500
Fax: (415) 982-8515

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER,<br><br>            Plaintiffs,<br><br>     vs.<br><br>INVESTMENT GRADE LOANS, INC., et.al.,<br><br>            Defendants. | Case No.: 07-CV-03180 WHA<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs Fletcher Hartwell Hyler and Sheryl Root Hyler (hereafter "Plaintiffs") and defendants Investment Grade Loans, Inc.; Lincoln Trust Company, Custodian FBO Doug Pickering, IRA; Chern S. Lin and Felicia Lin, husband and wife as community property; Janice Tempey and Roy S. Wolf, husband and wife as community property; Thomas C. O'Connell, Jr. and Janice K. O'Grady, husband and wife as community property; Pensco Trust Company, Custodian FBO John A. Snyder IRA; Pensco Trust Company, Custodian FBO Phil Ahlfeldt, IRA; and John Stevens, an unmarried man (hereinafter collectively referred to as "IGL"), hereby stipulate to a dismissal of this action, with prejudice.  Each party to bear their own costs.

1
2
3
4   Dated: September 5, 2007                         JENKINS MULLIGAN & GABRIEL LLP
5
6                                                    By: /s/_ DANIEL J. MULLIGAN
7                                                       Attorneys for Plaintiffs
                                                     FLETCHER HARTWELL HYLER and
8                                                         SHERYL ROOT HYLER
9
10
11  Dated:  September 5, 2007                        LAW OFFICE OF MICHAEL E. STONE
12                                                   By:  /s/  MICHAEL E. STONE
13                                                   Attorneys for Defendants IGL
14
15
16
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
17  "conformed" signature (/S/) within this efiled document.
18
19                                                         /s/  Daniel J. Mulligan
20
21
22
23
24
25
26
27