1  **JENKINS MULLIGAN & GABRIEL L.L.P.**
Daniel J. Mulligan [SBN: 103129]
2  dan@jmglawoffices.com
Larry W. Gabriel [SBN: 68329]
3  lgabriel@jmglawoffices.com
Thomas A. Jenkins [SBN: 92213]
4  tom@jmglawoffices.com
660 Market Street, Third Floor
5  San Francisco CA 94104
Tel: (415) 982-8500
6  Fax: (415) 982-4518

7  Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12  FLETCHER HARTWELL HYLER and          Case No.: 07-CV-03180 WHA
    SHERYL ROOT HYLER,
13                                       [PROPOSED] ORDER DISMISSING
                  Plaintiffs,            ACTION
14
          vs.
15
    INVESTMENT GRADE LOANS, INC.,
16  et.al.,
                  Defendants.
17

18

19
         The parties having stipulated thereto, pursuant to Rule 41 of the Federal Rules of
20
    Civil Procedure,
21
         IT IS HEREBY ORDERED that this action is dismissed, with prejudice.  All parties
22
    are to bear their own costs.
23
    Dated:  September 6. 2007
24

25
                                         _____
26                                       WILLIAM H. ALSUP
                                         United States District Court Judge