Fletcher Hartwell Hyler, in propria persona
Sheryl Root Hyler, in propria persona
3130 Alpine Road, Suite 288
Portola Valley, CA 94028
(650)234-8160
budh@logmkt.com

FILED

08 JUL 23 AM 11: 05

RICHARD W. WIEKING
K. U S DISTRICT COURT
N. CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER AND SHERYL ROOT HYLER, <br> Plaintiff, <br><br> vs. <br><br> INVESTMENT GRADE LOANS, INC., ET AL.,,, <br><br> Defendant | Case No.: A07-CV-03180 WHA <br><br> PROOF OF SERVICE |

///

///

///

///

///

///

///

///

///

///

**PROOF OF SERVICE**                                                                 1

1

**PROOF OF SERVICE**

2

3    I am employed in the County of Santa Clara, State of
California.  I am over the age of eighteen years and not a party
4    to the within action; my business address is Dalmatian Courier,
4546 El Camino Real, Ste. 262, Los Altos, CA  94022.  On
5    July **22** , 2008, I served the foregoing documents described as:

6    **PLAINTIFF'S F.R.C.P. 60(b)(3) MOTION TO SET ASIDE JUDGMENT AND
SETTLEMENT AGREEMENT FOR FRAUD, MISREPRESENTATION AND MISCONDUCT
7    BY OPPOSING PARTY;**

8
**NOTICE OF PENDENCY OF ACTION;**
9

**DECLARATION OF FLETCHER HARTWELL HYLER IN SUPPORT OF PLAINTIFFS'**
10    **F.R.C.P. 60(b)(3) MOTION TO SET ASIDE JUDGMENT AND SETTLEMENT
AGREEMENT FOR FRAUD, MISREPRESENTATION AND MISCONDUCT BY OPPOSING**
11    **PARTY;AND**

12
**REQUEST FOR TAKING OF JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'**
13    **F.R.C.P. 60(b)(3) MOTION TO SET ASIDE JUDGMENT AND SETTLEMENT
AGREEMENT FOR FRAUD, MISREPRESENTATION AND MISCONDUCT BY OPPOSING**
14    **PARTY.**

15

16    on the following interested party(s) in said cause:

17    Leo B. Siegel                Michael E. Stone
16 Waugh Road                 Law Office of Michael E. Stone
18    Royal Oaks, California 95076  3425 S. Bascom Avenue, Ste. I
(831)768-9110                Campbell, CA  95008
19                                 (408) 377-9899

20    [X]  **VIA personal delivery:**
I personally delivered the foregoing document to the
21    addressee set forth above.

22    I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct, and
23    that this declaration was executed on July **22** , 2008 at Los
Altos, California.
24

25    Justin M. Castillo
(Print Name) Dalmatian Courier Carrier
26

27

28    (Signature) Dalmatian Courier Carrier