1  Michael E. Stone, State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Defendants
   Investment Grade Loans, Inc., et al.

6

7                  UNITED STATES DISTRICT COURT

8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 FLETCHER HARTWELL HYLER and
   SHERYL ROOT HYLER,                    CASE NO.: 07-CV-03180 WHA
11
                  Plaintiffs,            **[PROPOSED] ORDER ON THE**
12                                       **MOTION OF THE IGL DEFENDANTS**
        vs.                              **TO SHORTEN TIME FOR**
13                                       **HEARING ON THEIR MOTION**
   INVESTMENT GRADE LOANS, INC.,         **TO EXPUNGE LIS PENDENS**
14 et al.
                  Defendants.
15

16

17 _____/

18      Having considered the Application of The IGL Defendants to Shorten Time For Hearing

19 on their Motion To Expunge Lis Pendens, the papers filed with said application, the entire record

20 in this case, including but not limited to the Motion To Set Aside Judgment And Settlement

21 Agreement filed by Plaintiffs and scheduled to be heard August 28, 2008, at 8:00 A.M. in Dept. 9

22 of this Court, Hon. William H. Alsup presiding, the papers filed in response to this application (if

23 any), and all arguments presented, it is hereby ORDERED that the IGL Defendants application

24 is:

25      Granted _____, and the hearing on the motion To Expunge Lis Pendens will be held

26 Thursday, August 28, 2008, at 8:00 A.M. and the time for service of notice of said hearing and

27 motion is shortened to 28 days.

28

1    Denied _____, Defendants' Motion shall be heard on a date that is at least 35 days after
2 their motion is filed and served.

4 Signed on the _____ day of _____, 2008

_____
Judge of the U.S. District Court
Northern District of California

2