1  Michael E. Stone, State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Defendants
   Investment Grade Loans, Inc., et al.
6

7

8                    UNITED STATES DISTRICT COURT

9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   FLETCHER HARTWELL HYLER and
13 SHERYL ROOT HYLER,                       CASE NO.: 07-CV-03180 WHA

14         Plaintiffs,                       NOTICE OF HEARING ON MOTION
                                             TO EXPUNGE LIS PENDENS
15     vs.                                   AND FOR AN AWARD
                                             OF ATTORNEY' FEES AND COSTS
16 INVESTMENT GRADE LOANS, INC.,             (CCP §405.21, §405.23, §405.30, §405.31,
   et al.                                    §405.32 and §405.38)
17         Defendants.
                                             Hearing Date: August 28, 2008
18                                           Time:  8:00 a.m.
                                             Courtroom: 9
19 _____/      Judge: Hon. William H. Alsup

20

21      **PLEASE TAKE NOTICE that** Defendants INVESTMENT GRADE LOANS, INC.,

22 LINCOLN TRUST COMPANY FBO, DOUG PICKERING, IRA, CHERN S. LIN, FELICIA

23 LIN, JANICE TEMPEY, ROY S. WOLF, THOMAS C. O'CONNELL, JR., JANICE K.

24 O'GRADY, PENSCO TRUST COMPANY AS CUSTODIAN FBO JOHN A. SNYDER IRA,

25 PENSCO TRUST COMPANY AS CUSTODIAN FBO PHIL AHLFELDT, IRA, AND JOHN

26 STEVENS (hereinafter collectively referred to as "IGL Defendants") will move the Court on

27 August 28, 2008 at 8:00 AM in department 9 of the above-named court, at 450 Golden Gate

28 Avenue, San Francisco, California, for an order expunging from the record the Notice of

Pendency of Action recorded in the Office of the Recorder of San Mateo County, California, on July 23, 2008, as instrument #2008-084990.

Dated: July 30, 2008

LAW OFFICE OF MICHAEL E. STONE

*[signature]*

MICHAEL E. STONE, Attorney for Defendants Investment Grade Loans, Inc., et al

2