1  Michael E. Stone, State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Defendants
   Investment Grade Loans, Inc., et al.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 FLETCHER HARTWELL HYLER and
   SHERYL ROOT HYLER,                    CASE NO.: 07-CV-03180 WHA
12
            Plaintiffs,                  CERTIFICATE OF SERVICE
13
        vs.
14
   INVESTMENT GRADE LOANS, INC.,
15 et al.
            Defendants.
16

17

18 _____/

19

20                       CERTIFICATE OF SERVICE

21       I, Tracy Duarte, declare that I am a citizen of the United States, that I have attained the

22 age of majority, and that I am not a party to this action. My business address is 3425 South

23 Bascom Avenue, Suite I, Campbell, California 95008. I am familiar with the firm's practice of

24 collection and processing of correspondence to be deposited for delivery via the U.S. Postal

25 Service as well as other methods used for delivery of correspondence. On the below stated date,

26 in the manner indicated, I caused the within document(s) entitled:

27 (a) EX PARTE APPLICATION BY DEFENDANTS INVESTMENT GRADE LOANS, ET AL
   FOR AN ORDER SHORTENING TIME FOR HEARING ON THEIR MOTION TO
28 EXPUNGE LIS PENDENS

(b) [PROPOSED] ORDER ON THE MOTION FOR AN ORDER SHORTENING TIME

(c) NOTICE OF HEARING ON MOTION TO EXPUNGE

(d) DECLARATION OF MICHAEL E. STONE IN SUPPORT OF MOTION TO EXPUNGE

(e) MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO SET ASIDE JUDGMENT AND SETTLEMENT AGREEMENT

(f) MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO SET ASIDE JUDGMENT AND SETTLEMENT

(g) DECLARATION OF ANDREW A. LEWIS IN OPPOSITION TO MOTION TO SET ASIDE JUDGMENT AND SETTLEMENT AGREEMENT

to be served on the Plaintiffs in this action on July 30, 2008, via:

__X__    **(Electronically)** I caused each of said documents to be electronically delivered to "budh@logmkt.com", as provided in Local Rule 5-5 (a)(1); and

__X__    **(By Mail)** I caused each envelope (with postage affixed thereto) to be placed in the U.S. Mail at Campbell, California; and,

addressed as follows:

Fletcher Hartwell Hyler, in propria persona
Sheryl Root Hyler, in propria persona
3130 Alpine Road, Ste. 228
Portola Valley, CA 94028

budh@logmkt.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on July 30, 2008, executed at Campbell, California.

_____
TRACY DUARTE

2