Michael E. Stone, State Bar No. 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile

Attorney for Defendants
Investment Grade Loans, Inc., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, | CASE NO.: 07-CV-03180 WHA |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| INVESTMENT GRADE LOANS, INC., et al. | |
| Defendants. | Hearing Date: August 28, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9<br>Judge: Hon. William H. Alsup |

TO FLETCHER HARTWELL HYLER AND SHERYL ROOT HYLER, IN PRO PER:

**PLEASE TAKE NOTICE,** that Michael E. Stone, Attorney for Defendants Andrew A. Lewis and Investment Grade Loans, will be unavailable for appearances herein on the following dates: September 8, 2008-September 30, 2008; October 2, 2008; and October 7, 2008-October 21, 2008. Scheduling of proceedings and propounding discovery when opposing counsel is unavailable may constitute sanctionable conduct. <u>Tenderloin Housing Clinic v. Sparks</u> (1992) 8

1 | Cal.App.4th 299; 10 CR2d 371.

3 | Dated: July 30, 2008

LAW OFFICE OF MICHAEL E. STONE

*[signature]*

MICHAEL E. STONE, Attorney for
Defendants Investment Grade Loans, Inc., et al

1  Michael E. Stone, State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Defendants
   Investment Grade Loans, Inc., et al.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  FLETCHER HARTWELL HYLER and
    SHERYL ROOT HYLER,                    CASE NO.: 07-CV-03180 WHA
12
              Plaintiffs,                 CERTIFICATE OF SERVICE
13
       vs.
14
    INVESTMENT GRADE LOANS, INC.,
15  et al.
              Defendants.
16

17

18  _____/

19

20                    CERTIFICATE OF SERVICE

21      I, Tracy Duarte, declare that I am a citizen of the United States, that I have attained the

22  age of majority, and that I am not a party to this action. My business address is 3425 South

23  Bascom Avenue, Suite I, Campbell, California 95008. I am familiar with the firm's practice of

24  collection and processing of correspondence to be deposited for delivery via the U.S. Postal

25  Service as well as other methods used for delivery of correspondence. On the below stated date,

26  in the manner indicated, I caused the within document(s) entitled:

27

28

1  NOTICE OF UNAVAILABILITY OF COUNSEL

2  to be served on the party(ies) or their (its) attorney(s) of record in this action via:

3  **X    (By Mail) and (By Email) I caused each envelope (with postage affixed**

4  **thereto) to be placed in the U.S. Mail at Campbell, California; and,**

5  addressed as follows:

6  Fletcher Hartwell Hyler, in propria persona
Sheryl Root Hyler, in propria persona
7  3130 Alpine Road, Ste. 228
Portola Valley, CA 94028
8
budh@logmkt.com
9

10      I declare under penalty of perjury under the laws of the State of California that the

11  foregoing is true and correct.

12      Executed on July 30, 2008, executed at Campbell, California.

13
                        /s/ Tracy Duarte
14                      TRACY DUARTE

2