1  Stephen R. Pappas, Esq.
   550 South California Avenue, Suite 320
2  Palo Alto, California 94306-1441
   650/858-8400 - Telephone
3  650/858-8411 - Facsimile
   California State Bar No. 158560
4
   Attorney for Fletcher Hartwell Hyler
5  And Sheryl Root Hyler

6

7

8
                   UNITED STATES DISTRCT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11
   FLETCHER HARTWELL HYLER AND    )    Case No. 07-CV-03180 WHA
12 SHERYL ROOT HYLER              )
                                  )    PROOF OF SERVICE
13          Plaintiffs,           )
                                  )
14     vs.                        )
                                  )
15 INVESTMENT GRADE LOANS, INC.,  )
   ET AL.,                        )
16                                )
            Defendants.           )
17                                )
                                  )
18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PROOF OF SERVICE                                             Page 1

FILED
08 JUL 29 AM 9:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Dalmatian Courier, 4546 El Camino Real, Ste. 262, Los Altos, CA 94022. On July 28, 2008, I served the foregoing documents described as:

**CORRECTED EXHIBIT "I" TO REQUEST FOR TAKING OF JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S F.R.C.P. 60(b)(3) MOTION TO SET ASIDE JUDGMENT AND SETTLEMENT AGREEMENT FRAUD, MISREPRESENTATION AND MISCONDUCT BY OPPOSING PARTY**

on the following interested party(s) in said cause:

| | |
|---|---|
| Leo B. Siegel | Michael E. Stone |
| 16 Waugh Road | Law Office of Michael E. Stone |
| Royal Oaks, California | 3425 S. Bascom Avenue, Ste. I |
| (831) 768-9110 | Campbell, CA 95008 |
| | (408) 377-9899 |

[X] **VIA personal delivery**:
I personally delivered the foregoing document to the addressee set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 28, 2008 at Los Altos, California.

\_\_\_JUAN C RASCON\_\_\_
(Print Name) Dalmatian Courier Carrier

\_\_\_Juan C Rascon\_\_\_
(Signature) Dalmatian Courier Carrier