IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER, SHERYL ROOT HYLER,<br><br>    Plaintiffs,<br><br>  v.<br><br>INVESTMENT GRADE LOANS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 07-03180 WHA<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME** |

Defendants' motion to shorten time on their motion to expunge lis pendens is **GRANTED**. Plaintiffs' motion to set aside judgment and defendants' motion to expunge lis pendens will both be heard on **AUGUST 28, 2008, AT 8AM**. The opposition to defendants' motion to expunge lis pendens is due on August 7, 2008, with the reply due on August 14, 2008.

**IT IS SO ORDERED.**

Dated: August 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE