**RECORDING REQUESTED BY and
WHEN RECORDED MAIL TO:**

Fletcher Hartwell Hyler
3130 Alpine Road, Suite 288
Portola Valley, CA 94028



**2008-087986**
02:56pm 07/30/08 NP  Fee: 19.00
Count of pages 5
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

★ 2 0 0 8 0 0 8 7 9 8 6 A R ★

*5*

## NOTICE OF PENDENCY OF ACTION
### (5070 Alpine Road, Portola Valley, California)
**(United States District Court, Northern District of California no. 07-CV-03180 WHA)**

# RECEIVED

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Fletcher Hartwell Hyler, in propria persona
    Sheryl Root Hyler, in propria persona
2   3130 Alpine Road, Suite 288
    Portola Valley, CA 94028
3   (650)234-8160
    (650)234-8124 (fax)
4   budh@logmkt.com

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10

11  **FLETCHER HARTWELL HYLER AND** )      **Case No. 07-CV-03180 WHA**
12  **SHERYL ROOT HYLER**              )
                                       )      **NOTICE OF PENDENCY OF ACTION**
13              **Plaintiffs,**        )
                                       )
14          **vs.**                    )
                                       )
15  **INVESTMENT GRADE LOANS, INC.,**  )
    **ET AL.,**                        )
16                                     )
                **Defendants.**        )
17                                     )
                                       )
18  ─────────────────────────────────  )

19          NOTICE IS GIVEN that the above-captioned action was commenced on June 15, 2007

20  in the above-captioned court by plaintiffs Fletcher Hartwell Hyler and Sheryl Root Hyler

21  against Investment Grade Loans, et al.; the action is now pending in the above court.

22          The above-captioned action alleges a real property claim affecting certain real property

23  that is situated in San Mateo County, California, and that is described as follows: 5070 Alpine

24  Road, Portola Valley, California, as more fully described on Exhibit A attached hereto.

25

26  Dated: ___7/30/2008___                          _Fletcher H. Hyler_
27                                                   Fletcher Hartwell Hyler
28

Notice of Pendency of Action                                              Page 2

ACKNOWLEDGMENT

State of California }

County of Santa Clara }

On July 30, 2008, before me, _____ *LINDA MENON*, Notary Public, personally appeared Fletcher Hartwell Hyler, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



**Exhibit "A"**

PARCEL I:

PORTION OF PARCEL "B", AS SHOWN ON THAT CERTAIN PARCEL MAP FILED AUGUST 2, 1971, IN VOLUME 13 OF PARCEL MAPS, AT PAGE 19, SAN MATEO COUNTY RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST WESTERLY CORNER OF THE AFOREMENTIONED PARCEL B; THENCE FROM SAID POINT OF BEGINNING, ALONG THE NORTHERLY LINE OF PARCEL "B", NORTH 32° 40' EAST, 169.18 FEET; NORTH 63° 28' 20 EAST, 422.00 FEET; AND NORTH 83° 40' 15" EAST, 98.68 FEET TO THE MOST WESTERLY CORNER OF PARCEL "C", AS SHOWN UPON SAID PARCEL MAP; THENCE ALONG THE WESTERLY LINE OF PARCEL "C", SOUTH 23° 50' 10" EAST, 209.71 FEET; THENCE LEAVING SAID LINE OF PARCEL "C", SOUTH 16° 16' 56" EAST, 323.30 FEET AND SOUTH 48° 04' 42" EAST, 337.97 FEET TO AN ANGLE POINT IN THE GENERALLY SOUTHERLY LINE OF THE AFOREMENTIONED PARCEL "B", THENCE ALONG SAID GENERALLY SOUTHERLY LINE, SOUTH 73° 50' 55" WEST, 211.36 FEET; SOUTH 50° 33' 15" WEST, 249.89 FEET, NORTH 5° 25' 25" WEST, 270.58 FEET AND NORTH 59° 42' 03" WEST. 662.77 FEET TO THE POINT OF BEGINNING; AND BEING A PORTION OF PARCEL "A: OF MAP ENTITLED, "RESUBDIVISION OF PARCELS B & C OF PARCEL MAP RECORDED IN VOLUME 13 OF PARCEL MAPS, AT PAGE 19, WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON DECEMBER 10, 1974, IN BOOK 26 OF PARCEL MAPS, PAGE 46.

PARCEL II:

ALL THOSE CERTAIN RIGHTS AND EASEMENTS AS SET FORTH IN THE FOLLOWING DEEDS:

(A) DEED FROM CORTE MADERA, A LIMITED PARTNERSHIP, TO THE HEIRS OR DEVISEES OF JOHN FRANCIS NAYLAN, DECEASED, RECORDED APRIL 9, 1968, IN BOOK 5486 OF OFFICIAL RECORDS, AT PAGE 529 (33374-AB), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

(B) DEED FROM RANCHO CORTE MADERA, A LIMITED PARTNERSHIP, TO EDGAR B. FILION, ET UX, RECORDED SEPTEMBER 14, 1971, IN BOOK 6013 OF OFFICIAL RECORDS, AT PAGE 124 (FILE NO. 45427-AE), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

(C) DEED FROM EDGAR B. FILION, ET UX, TO ROBERT GARY OWSLEY, RECORDED DECEMBER 9, 1974, IN BOOK 6748 OF OFFICIAL RECORDS, AT PAGE 545 (FILE NO. 6457-A1), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

APN: 076-350-220

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 4546 El Camino Real, Suite 262, Los Altos, CALIFORNIA 94022.  On July 30, 2008, I served the foregoing documents described as **Notice of Pendency of Action** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows:

Leo B. Siegel                      Michael E. Stone
16 Waugh Road                      Law Office of Michael E. Stone
Royal Oaks, California 95076       3425 S. Bascom Avenue, Ste. I
(831)768-9110                      Campbell, CA  95008
                                   (408) 377-9899

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with United States Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 30, 2008, at Palo Alto, California.

_____
Justin M.Castillo   [print name]