Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: mikeestone@yahoo.com
         K9esq@flash.net

Attorneys for Defendants,
INVESTMENT GRADE LOANS, INC., et al

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLETCHER HARTWELL HYLER, and<br><br>Plaintiffs,<br><br>vs.<br><br>INVESTMENT GRADE LOANS, INC., et al.<br><br>Defendants.<br>_____/ | CASE NO.  07-CV-03180 WHA<br><br>Date:   August 28, 2008<br>Time:   8: 00 a.m.<br>Courtroom:    9<br>Judge: Hon. William H. Alsup<br><br>DECLARATION OF LEO B. SIEGEL IN SUPPORT OF DEFENDANT'S MOTION TO EXPUNGE LIS PENDENS AND FOR AWARD OF ATTORNEY FEES AND COSTS |

I, Leo B. Siegel, declare:

1. I am an attorney at law, licensed to practice before the bar of the United States District Court for the Northern District of California.  I am one of the listed attorneys of record for the Defendants in this action, INVESTMENT GRADE LOANS, INC. (hereinafter "IGL").  I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called as a witness.

2. On or about August 1, 2008, I received by way of the United States Mail, a second Notice of Pendency of Action (Lis Pendens) in the above-captioned case.  This second Lis Pendens was served on me only by first class mail, without having first been certified by the post office, and without having been mailed with a request for a return receipt, all as required under California Law.

1
DECLARATION OF LEO B. SIEGEL IN SUPPORT OF
MOTION TO EXPUNGE LIS PENDENS AND FOR AWARD OF ATTORNEY'S FEES

1  3.  I am submitting this Declaration in support of Defendant IGL'S motion to expunge Plaintiff's Notice of Pendency of Action. I have attached as Exhibit "A" to this declaration a true and correct copy of the document that I received in the mail, that is referred to in Defendant's Supplemental Memorandum of Points and Authorities in Support of Motion to Expunge Lis Pendens and for an Award of Attorney's Fees and Costs.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on August 6, 2008, at Campbell, California.

/s/ Leo B. Siegel
Leo B. Siegel