# EXHIBIT "A"

| | |
|---|---|
| RECORDING REQUESTED BY and WHEN RECORDED MAIL TO:<br><br>Fletcher Hartwell Hyler<br>3130 Alpine Road, Suite 288<br>Portola Valley, CA 94028 | **2008-087986**<br>02:56pm 07/30/08 NP  Fee: 19.00<br>Count of pages 5<br>Recorded in Official Records<br>County of San Mateo<br>Warren Slocum<br>Assessor-County Clerk-Recorder<br> |

# NOTICE OF PENDENCY OF ACTION
### (5070 Alpine Road, Portola Valley, California)
### (United States District Court, Northern District of California no. 07-CV-03180 WHA)

Fletcher Hartwell Hyler, in propria persona
Sheryl Root Hyler, in propria persona
3130 Alpine Road, Suite 288
Portola Valley, CA 94028
(650)234-8160
(650)234-8124 (fax)
budh@logmkt.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER AND SHERYL ROOT HYLER<br><br>Plaintiffs,<br><br>vs.<br><br>INVESTMENT GRADE LOANS, INC., ET AL.,<br><br>Defendants. | Case No. 07-CV-03180 WHA<br><br>NOTICE OF PENDENCY OF ACTION |

NOTICE IS GIVEN that the above-captioned action was commenced on June 15, 2007 in the above-captioned court by plaintiffs Fletcher Hartwell Hyler and Sheryl Root Hyler against Investment Grade Loans, et al.; the action is now pending in the above court.

The above-captioned action alleges a real property claim affecting certain real property that is situated in San Mateo County, California, and that is described as follows: 5070 Alpine Road, Portola Valley, California, as more fully described on Exhibit A attached hereto.

Dated: 7/30/2008

Fletcher Hartwell Hyler

## ACKNOWLEDGMENT

State of California }

County of Santa Clara }

On July 30, 2008, before me, _LINDA MENON_, Notary Public, personally appeared Fletcher Hartwell Hyler, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _(signature)_ (Seal)



LINDA MENON
Commission # 1734005
Notary Public - California
Santa Clara County
My Comm. Expires Apr 22, 2011

Exhibit "A"

PARCEL I:

PORTION OF PARCEL "B", AS SHOWN ON THAT CERTAIN PARCEL MAP FILED AUGUST 2, 1971, IN VOLUME 13 OF PARCEL MAPS, AT PAGE 19, SAN MATEO COUNTY RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST WESTERLY CORNER OF THE AFOREMENTIONED PARCEL B; THENCE FROM SAID POINT OF BEGINNING, ALONG THE NORTHERLY LINE OF PARCEL "B", NORTH 32° 40" EAST, 169.18 FEET; NORTH 63° 28' 20 EAST, 422.00 FEET; AND NORTH 83° 40' 15" EAST, 98.68 FEET TO THE MOST WESTERLY CORNER OF PARCEL "C", AS SHOWN UPON SAID PARCEL MAP; THENCE ALONG THE WESTERLY LINE OF PARCEL "C", SOUTH 23° 50' 10" EAST, 209.71 FEET; THENCE LEAVING SAID LINE OF PARCEL "C", SOUTH 16° 16' 56" EAST, 323.30 FEET AND SOUTH 48° 04' 42" EAST, 337.97 FEET TO AN ANGLE POINT IN THE GENERALLY SOUTHERLY LINE OF THE AFOREMENTIONED PARCEL "B", THENCE ALONG SAID GENERALLY SOUTHERLY LINE, SOUTH 73° 50' 55" WEST, 211.36 FEET; SOUTH 50° 33' 15" WEST, 249.89 FEET, NORTH 5° 25' 25" WEST, 270.58 FEET AND NORTH 59° 42' 03" WEST. 662.77 FEET TO THE POINT OF BEGINNING; AND BEING A PORTION OF PARCEL "A: OF MAP ENTITLED, "RESUBDIVISION OF PARCELS B & C OF PARCEL MAP RECORDED IN VOLUME 13 OF PARCEL MAPS, AT PAGE 19, WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON DECEMBER 10, 1974, IN BOOK 26 OF PARCEL MAPS, PAGE 46.

PARCEL II:

ALL THOSE CERTAIN RIGHTS AND EASEMENTS AS SET FORTH IN THE FOLLOWING DEEDS:

(A) DEED FROM CORTE MADERA, A LIMITED PARTNERSHIP, TO THE HEIRS OR DEVISEES OF JOHN FRANCIS NAYLAN, DECEASED, RECORDED APRIL 9, 1968, IN BOOK 5486 OF OFFICIAL RECORDS, AT PAGE 529 (33374-AB), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

(B) DEED FROM RANCHO CORTE MADERA, A LIMITED PARTNERSHIP, TO EDGAR B. FILION, ET UX, RECORDED SEPTEMBER 14, 1971, IN BOOK 6013 OF OFFICIAL RECORDS, AT PAGE 124 (FILE NO. 45427-AE), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

(C) DEED FROM EDGAR B. FILION, ET UX, TO ROBERT GARY OWSLEY, RECORDED DECEMBER 9, 1974, IN BOOK 6748 OF OFFICIAL RECORDS, AT PAGE 545 (FILE NO. 6457-A1), RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

APN: 076-350-220

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 4546 El Camino Real, Suite 262, Los Altos, CALIFORNIA 94022. On July 30, 2008, I served the foregoing documents described as **Notice of Pendency of Action** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows:

Leo B. Siegel
16 Waugh Road
Royal Oaks, California 95076
(831) 768-9110

Michael E. Stone
Law Office of Michael E. Stone
3425 S. Bascom Avenue, Ste. I
Campbell, CA 95008
(408) 377-9899

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 30, 2008, at Palo Alto, California.

_Justin M. Castillo_ [print name]