Michael E. Stone, State Bar No. 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile

Attorney for Defendants
Investment Grade Loans, Inc., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, | CASE NO.: 07-CV-03180 WHA |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| INVESTMENT GRADE LOANS, INC., et al. | |
| Defendants. | |
| _____/ | |

CERTIFICATE OF SERVICE

I, Tracy Duarte, declare that I am a citizen of the United States, that I have attained the age of majority, and that I am not a party to this action. My business address is 3425 South Bascom Avenue, Suite I, Campbell, California 95008. I am familiar with the firm's practice of collection and processing of correspondence to be deposited for delivery via the U.S. Postal Service as well as other methods used for delivery of correspondence. On the below stated date, in the manner indicated, I caused the within document(s) entitled:

SUPPLEMENT TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXPUNGE LIS PENDENS AND FOR AWARD OF ATTORNEY'S FEES AND COSTS

1  DECLARATION OF LEO B. SIEGEL IN SUPPORT OF DEFENDANTS MOTION TO EXPUNGE LIS PENDENS AND FOR AWARD OF ATTORNEY FEES AND COSTS

3  to be served on the Plaintiffs in this action on August 6, 2008, via:

4  **X    (Electronically) I caused each of said documents to be electronically delivered**

5  **to "budh@logmkt.com", as provided in Local Rule 5-5 (a)(1); and**

6  **X    (By Mail) I caused each envelope (with postage affixed thereto) to be placed**

7  **in the U.S. Mail at Campbell, California; and,**

8  addressed as follows:

9  Fletcher Hartwell Hyler, in propria persona
Sheryl Root Hyler, in propria persona
10  3130 Alpine Road, Ste. 228
Portola Valley, CA 94028

budh@logmkt.com

13      I declare under penalty of perjury under the laws of the State of California that the

14  foregoing is true and correct.

15      Executed on August 6, 2008, executed at Campbell, California.

                            /s/ Tracy Duarte
17                          TRACY DUARTE

2