1  Michael E. Stone, State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Defendants
   Investment Grade Loans, Inc., et al.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 FLETCHER HARTWELL HYLER and
   SHERYL ROOT HYLER,                    CASE NO.: 07-CV-03180 WHA
12
              Plaintiffs,                CERTIFICATE OF SERVICE
13
       vs.
14
   INVESTMENT GRADE LOANS, INC.,
15 et al.
              Defendants.
16

17

18 _____/

19

20                    CERTIFICATE OF SERVICE

21     I, Tracy Duarte, declare that I am a citizen of the United States, that I have attained the

22 age of majority, and that I am not a party to this action.  My business address is 3425 South

23 Bascom Avenue, Suite I, Campbell, California 95008.  I am familiar with the firm's practice of

24 collection and processing of correspondence to be deposited for delivery via the U.S. Postal

25 Service as well as other methods used for delivery of correspondence.  On the below stated date,

26 in the manner indicated, I caused the within document(s) entitled:

27 REPLY BY WAY OF OBJECTION TO PLAINTIFFS' BELATED OPPOSITION TO MOTION TO EXPUNGE
   NOTICE OF LIS PENDENS
28

1  to be served on the Plaintiffs in this action on August 14, 2008, via:

2  __X__    **(Electronically) I caused each of said documents to be electronically delivered**

3         **to "budh@logmkt.com", as provided in Local Rule 5-5 (a)(1); and**

4  __X__    **(By Mail) I caused each envelope (with postage affixed thereto) to be placed**

5         **in the U.S. Mail at Campbell, California; and,**

6  addressed as follows:

7  Fletcher Hartwell Hyler, in propria persona
Sheryl Root Hyler, in propria persona
8  3130 Alpine Road, Ste. 228
Portola Valley, CA 94028

9
budh@logmkt.com
10

11      I declare under penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.

13      Executed on August 14, 2008, executed at Campbell, California.

14

      /s/ Tracy Duarte
15        TRACY DUARTE

2