IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER,<br><br>     Plaintiff,<br><br>  v.<br><br>INVESTMENT GRADE LOANS, INC., et al.,<br><br>     Defendant.<br>_____/ | No. C 07-03180 WHA<br><br>**CLERK'S NOTICE RESCHEDULING MOTION HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has rescheduled Plaintiffs' Motion to Set Aside Judgment and Defendants' Motion to Expunge Lis Pendens for **September 11, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

    Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: August 25, 2008                                  FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        By: _____
                                                              Dawn R. Toland
                                                              Courtroom Deputy to the
                                                              Honorable William Alsup