UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER,<br><br>        Plaintiff,<br><br>v.<br><br>INVESTMENT GRADE LOANS, INC., et al.,<br><br>        Defendant.<br>_____/ | Case Number: CV07-03180 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fletcher H. Hyler
3130 Alpine Rd., Suite 288
Portola Valley, CA 94028

Sheryl Root Hyler
3130 Alpine Rd., Suite 288
Portola Valley, CA 94028

Dated: August 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: Dawn Toland, Deputy Clerk