1 | The Huster Law Group
John K. Huster (State Bar No. 175565)
2 | 309 Fourth Avenue, #200
San Francisco, CA 94118-2405
3 | (415) 221-5490
(415) 221-3339/fax
4 | john@husterlaw.com

5 | Attorneys for Plaintiffs,
Fletcher H. Hyler and
6 | Sheryl R. Hyler

FILED

08 AUG 27 PM 3: 57

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER AND SHERYL ROOT HYLER, <br><br> Plaintiff, <br><br> vs. <br><br> INVESTMENT GRADE LOANS, INC., ET AL.,, <br><br> **Defendant** | Case No.: A07-CV-03180 WHA <br><br> **NOTICE OF APPEARANCE OF JOHN K. HUSTER, COUNSEL FOR PLAINTIFFS** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Fletcher H. Hyler and Sherl R. Hyler are now represented by The Huster Law Group, John K. Huster appearing.

DATED: August 27, 2008

Respectfully submitted,
THE HUSTER LAW GROUP

_____
John K. Huster, Attorney for Plaintiffs

NOTICE OF APPEARANCE OF JOHN K. HUSTER, COUNSEL
FOR PLAINTIFFS

1

PROOF OF SERVICE

I am employed by The Huster Law Group in the City and County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is 309 4th Avenue, Suite 200, San Francisco, California 94118.

On this date I caused to be served the within:

**NOTICE OF APPEARANCE OF JOHN K. HUSTER, COUNSEL FOR PLAINTIFFS**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Michael E. Stone, Esq.
Leo B. Siegel, Esq
Law Office of Michael E. Stone
3425 S. Bascom Ave., Suite I
Campbell, CA 95008

_____   (By Overnight Courier) I caused each envelope with postage prepaid to be sent by _____.

__X__   (By Mail) I caused each envelope, with first class postage prepaid, to be placed in the United States mail at San Francisco, California.

_____   (By Hand) I caused each envelope to be delivered by hand.

_____   (By Telecopier) I caused each document to be sent by FAX to _____.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 27, 2008

_____
Beth Roens