IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HYLER, et al., | No. C 07-03180 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING MOTION HEARING** |
| INVESTMENT GRADE LOANS, et al., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Motion to Set Aside Judgment and Settlement Agreement and the Motion to Expunge Lis Pendens and for an Award of Attorneys Fees and Cost previously set for September 11, 2008 at 8:00 a.m. have been rescheduled for **September 10, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 29, 2008                   FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
  Dawn Toland
  Courtroom Deputy to the
  Honorable William Alsup