Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: mikeestone@yahoo.com
K9esq@flash.net

Attorneys for Defendants,
INVESTMENT GRADE LOANS, INC., et al

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLETCHER HARTWELL HYLER, and<br><br>Plaintiffs,<br><br>vs.<br><br>INVESTMENT GRADE LOANS, INC., et al.<br><br>Defendants.<br>_____/ | CASE NO. 07-CV-03180 WHA<br><br>Date:   August 28, 2008<br>Time:   8: 00 a.m.<br>Courtroom:   9<br>Judge: Hon. William H. Alsup<br><br>SUPPLEMENTAL REPLY<br>TO PLAINTIFFS' OPPOSITION TO<br>MOTION TO EXPUNGE LIS<br>PENDENS AND FOR AWARD OF<br>ATTORNEY'S FEES AND COSTS |

Defendants INVESTMENT GRADE LOANS, INC., et al., (hereinafter "IGL") hereby supplement their initial reply memorandum of points and authorities filed in this case on August 14, 2008, as follows:

Plaintiffs opposition to expungement of the two lis pendens that are the subjects of this motion includes an objection to the Defendant's and moving party's effort to have the Court's ruling apply to both lis pendens that are presently of record, i.e., the one Plaintiffs recorded on July 23, 2008, and the second one recorded on July 30, 2008. The opposition is based in part on Plaintiffs' argument that the moving party's Supplemental Memorandum of Points and Authorities, which was filed on August 6, 2008, did not provide the requisite 35 days notice for a motion to expunge, so that second lis pendens should not be considered part of the Court's ruling in these proceedings.

It appears, however, that the Court has obviated at least that aspect of Plaintiffs' opposition. The Court has twice continued the hearing on this motion from the date originally set (August 28, 2008), first to September 11, 2008, and most recently, to September 10, 2008. In either case, Plaintiffs will have thereby had the requisite 35 days to submit any opposition of a more substantial nature, applicable to their second lis pendens that they wished. They have failed to do so, or to otherwise correct the defects in either of their lis pendens.

Based on the foregoing, as well as the initial supporting memorandum of points and authorities and the supplemental points and authorities on file for this motion, the Court is urged to grant the motion and expunge both lis pendens that are presently recorded against the subject property in the Official Records of San Mateo County, California.

Dated: September 3, 2008   LAW OFFICES OF MICHAEL E. STONE

By: _____
Leo B. Siegel, Attorneys for Defendants,
INVESTMENT GRADE LOANS, et al.

SUPPLEMENTAL TO PLAINTIFFS' OPPOSITION TO
MOTION TO EXPUNGE LIS PENDENS AND FOR AWARD OF ATTORNEY'S FEES