1 | Michael E. Stone, State Bar No. 46016
  | Leo B. Siegel, State Bar No. 116841
2 | LAW OFFICE OF MICHAEL E. STONE
  | 3425 S. Bascom Avenue, Suite I
3 | Campbell, California 95008
  | 408/377-9899 Telephone
4 | 408/377-5270 Facsimile

5 | Attorney for Defendants
  | Investment Grade Loans, Inc., et al.

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | FLETCHER HARTWELL HYLER and
   | SHERYL ROOT HYLER,                    CASE NO.: 07-CV-03180 WHA
12
   |         Plaintiffs,                   CERTIFICATE OF SERVICE
13
   | vs.
14
   | INVESTMENT GRADE LOANS, INC.,
15 | et al.
   |         Defendants.
16

17

18 | _____/

19

20                    CERTIFICATE OF SERVICE

21   I, Tracy Duarte, declare that I am a citizen of the United States, that I have attained the

22 age of majority, and that I am not a party to this action. My business address is 3425 South

23 Bascom Avenue, Suite I, Campbell, California 95008. I am familiar with the firm's practice of

24 collection and processing of correspondence to be deposited for delivery via the U.S. Postal

25 Service as well as other methods used for delivery of correspondence. On the below stated date,

26 in the manner indicated, I caused the within document(s) entitled:

27 SUPPLEMENT REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO EXPUNGE LIS
   PENDENS AND FOR AWARD OF ATTORNEY'S FEES AND COSTS
28

to be served on the Plaintiffs in this action on September 3, 2008, via:

__X__   (Electronically) I caused each of said documents to be electronically delivered to "budh@logmkt.com", as provided in Local Rule 5-5 (a)(1); and

__X__   (By Mail) I caused each envelope (with postage affixed thereto) to be placed in the U.S. Mail at Campbell, California; and,

addressed as follows:

John K. Huster, Esq.
309 Fourth Ave. #200
San Francisco, CA 94118-2405

john@husterlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 3, 2008, executed at Campbell, California.

*Tracy Duarte*
TRACY DUARTE

2