UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 10, 2008

Case No.  C 07-03180 WHA

Title: FLETCHER HYLER v. INVESTMENT GRADE LOANS

Plaintiff Attorneys: John Huster

Defense Attorneys: Leo Siegel

Deputy Clerk:  Dawn Toland            Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Plts' Motion to Set Aside Judgment and Settlement - Held

2)   Dft's Motion to Expunge Lis Pendens and for Attorneys Fees  - Taken Under Submission


Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**