1  Michael E. Stone, State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Defendants
   Investment Grade Loans, Inc., et al.

6

7

8                          UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  FLETCHER HARTWELL HYLER and
    SHERYL ROOT HYLER,              CASE NO.: 07-CV-03180 WHA
12
           Plaintiffs,               CERTIFICATE OF SERVICE
13
     vs.
14
   INVESTMENT GRADE LOANS, INC.,
15  et al.
           Defendants.
16

17

18  _____/

19

20                      CERTIFICATE OF SERVICE

21      I, Tracy Duarte, declare that I am a citizen of the United States, that I have attained the

22  age of majority, and that I am not a party to this action. My business address is 3425 South

23  Bascom Avenue, Suite I, Campbell, California 95008. I am familiar with the firm's practice of

24  collection and processing of correspondence to be deposited for delivery via the U.S. Postal

25  Service as well as other methods used for delivery of correspondence. On the below stated date,

26  in the manner indicated, I caused the within document(s) entitled:

27

28

1    ORDER DENYING MOTION TO SET ASIDE JUDGMENT AND SETTLEMENT AGREEMENT, GRANTING
MOTION TO EXPUNGE LIS PENDENS, AND DENYING MOTION TO AWARD ATTORNEY'S FEES AND
2    COSTS

3    to be served on the party(ies) or their (its) attorney(s) of record in this action via:

4    **X**      **(By Mail) and (By Email) I caused each envelope (with postage affixed**

5           **thereto) to be placed in the U.S. Mail at Campbell, California; and,**

6    addressed as follows:

7    The Hustler Law Group
JOHN K. HUSTER
8    309 Fourth Avenue #200
San Francisco, CA 94118-2405
9
john@husterlaw.com
10

11
      I declare under penalty of perjury under the laws of the State of California that the
12
foregoing is true and correct.
13
      Executed on September 16, 2008, executed at Campbell, California.
14

15    _Tracy Duarte_____
TRACY DUARTE
16

17

18

19

20

21

22

23

24

25

26

27

28                                2